

# In the
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

---

Nos. 06-24-00036-CV, 06-24-00037-CV, 06-24-00038-CV, 06-24-00039-CV,
06-24-00040-CV, 06-24-00041-CV, 06-24-00042-CV, 06-24-00043-CV,
06-24-00044-CV, 06-24-00045-CV, and 06-24-00046-CV

---

THE STATE OF TEXAS FOR THE BEST INTEREST AND PROTECTION OF L.J.

---

On Appeal from the County Court
Harrison County, Texas
Trial Court Nos. 2003-348-M, 2003-348-M-P, 2015-24-M, 2016-7-M, 2016-22-M,
2016-23-M, 2017-02-M, 2018-03-M, 2018-09-M, 2018-09-M-P, 2019-03-M

---

Before Stevens, C.J., van Cleef and Rambin, JJ.
Memorandum Opinion Per Curiam

## MEMORANDUM OPINION

The appellants filed notices of appeal from a trial court order unsealing commitment records in the eleven trial court cause numbers listed above. Because the eleven appeals resulted from a single trial court order, the appellants filed a motion to consolidate its appeals for judicial efficiency.

We grant the appellants' motion and consolidate their appeals. The record and filings from cause numbers 06-24-00036-CV, 06-24-00037-CV, 06-24-00038-CV, 06-24-00039-CV, 06-24-00040-CV, 06-24-00041-CV, 06-24-00042-CV, 06-24-00043-CV, 06-24-00044-CV, 06-24-00045-CV, and 06-24-00046-CV are consolidated into cause number 06-24-00036-CV. The consolidated appeal will proceed under cause number 06-24-00036-CV, and cause numbers 06-24-00037-CV, 06-24-00038-CV, 06-24-00039-CV, 06-24-00040-CV, 06-24-00041-CV, 06-24-00042-CV, 06-24-00043-CV, 06-24-00044-CV, 06-24-00045-CV, and 06-24-00046-CV are dismissed. *See State v. Padon*, Nos. 03-16-00530-CR, 03-16-00531-CR, and 03-16-00532-CR, 2016 WL 4628063 (Tex. App.—Austin Aug. 31, 2016, no pet.) (mem. op., not designated for publication) (utilizing similar procedure for consolidating and dismissing consolidated appeals). The appellants will be charged one filing fee for this consolidated appeal.


PER CURIAM

Date Submitted:     June 5, 2024
Date Decided:       June 6, 2024